# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF KINGS,<br><br>    Respondent,<br><br>D. RUIZ,<br>Real Party In Interest,<br><br>    Respondent.<br>_____/ | Case No. 1:07-cv-01031-OWW-NEW (TAG)<br><br>ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT WITH PREJUDICE<br>(Doc. 3) |

    On July 17, 2007, Petitioner Raymond Alford Bradford ("Bradford"), a state prisoner proceeding pro se, filed a petition in this Court requesting that it issue a mandate directing a Kings County Superior Court judge to enter a default judgment against Lieutenant D. Ruiz in a state civil action that Bradford brought against Lieutenant Ruiz. (Doc. 1). On August 3, 2007, the Magistrate Judge screened Bradford's petition, pursuant to 28 U.S.C. § 1915A, and issued findings and recommendations, which recommended that the petition be dismissed with prejudice. (Doc. 3). The Magistrate Judge found that this Court lacks jurisdiction to issue a writ of mandamus that would interfere with a state court judge's performance of his duties. (Id.). The August 3, 2007, findings and recommendations was served on Bradford and contained notice that any objections were to be filed within fifteen (15) days of the date of service.

    On August 10, 2007, Bradford filed timely objections to the findings and recommendations. (Doc. 4). In his objections, Bradford contended that, pursuant to sections 1085, 1086, and 1087 of

1

the California Code of Civil Procedure, this Court erred in failing to issue the requested writ of mandamus. (Id.). The referenced California Code, however, applies to the issuance of writs by higher state courts to inferior state courts and neither references, nor has any relevance to, this Court's jurisdiction. See Cal. Code of Civil Procedure § 1085 & Cal. Law Revision Com. com., §§ 1086, 1087.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations filed on August 3, 2007, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 3), filed August 3, 2007, are ADOPTED IN FULL;
2. This action is DISMISSED WITH PREJUDICE; and
3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   August 17, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

2